UNITED STATES ex rel. Juozas LUBINSKAS, Relator-Appellant, v. Benjamin M. DAY, as Commissioner, etc., Respondent-Appellant.

No. 369.

Circuit Court of Appeals, Second Circuit.

May 13, 1930.

Ernest Lappano, of New York City, for appellant.

John M. Lyons, of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Appeal dismissed in open court.